## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3708         Assigned/Issued By: J. N.

Judge Name: GOTTSCHALL        Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

Amount Due:  [✓] $350.00     [ ] $39.00     [ ] $5.00
             [ ] IFP         [ ] No Fee     [ ] Other _____
             [ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                            Receipt #: 2896789

Date Payment Rec'd: 6-30-08                 Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                     _____
                                     _____
                                     *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                     [ ] Other
[ ] Writ _____
        *(Type of Writ)*             _____
                                     _____
                                     *(Type of issuance)*

1   Original and  0   copies on  6-30-08   as to  DEFENDANT
                                 *(Date)*