# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

**08 C 3708**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | Docket Number: _____ |
| | Assigned Judge: _____ |
| v. | Designated    **JUDGE GOTTSCHALL** |
| | Magistrate Judge:    **MAGISTRATE JUDGE NOLAN** |
| DOTSON TRUCKING, INC., an Illinois corporation | |

TO: (Name and address of defendant)

DOTSON TRUCKING, INC.
an Illinois corporation
c/o Its President
Culley Dotson.
2588 Dickens Court
Aurora, Illinois 60503

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____   _____
Michael W. Dobbins, Clerk                Date

**Michael W. Dobbins, Clerk**

*Yvette Montalvo* (signature)
(By) DEPUTY CLERK

**June 30, 2008**
Date

## RETURN OF SERVICE

DATE: 7/21/08 @ 5:28pm

Service of the Summons and Complaint was made by me.

NAME OF SERVER (PRINT) Tim Hanisch

TITLE Process Server

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jenny Dotson (wife) W/F, 35, brown hair at residence 2588 Dickens Ct. Aurora IL

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/08
Date

Signature of Server

Address of Server
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068