## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3708                Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets          ☐ Other

☐ Writ _____            _____
   *(Type of Writ)*                    _____
                                       *(Type of issuance)*

_1_ Original and _1_ copies on _7-25-08_ as to _DOTSON TRUCKING, INC._
                                *(Date)*