IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>DOTSON TRUCKING, INC.<br>an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 3708<br>)<br>) Judge Gottschall<br>)<br>) Magistrate Judge Nolan<br>)<br>) |

### NOTICE OF MOTION

To:   Mr. Culley Dotson
      Dotson Trucking, Inc.
      2588 Dickens Court
      Aurora, Illinois 60504

PLEASE TAKE NOTICE that on September 4, 2008, at 9:30 a.m., I will appear before the Honorable Judge Gotschall in Room 2319 and then and there present Plaintiff's Motion for Entry of Default and Order Compelling Production of Records, a copy of which is attached hereto.

Respectfully submitted,

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 12, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that on August 12, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Mr. Culley Dotson
Dotson Trucking, Inc.
2588 Dickens Court
Aurora, Illinois 60504

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 12, 2008