UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Suburban Teamsters of Northern Illinois Welfare
and Pension Funds, The

Plaintiff,

v.

Case No.:
1:08−cv−03708
Honorable Joan B. Gottschall

Dotson Trucking, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

MINUTE entry before the Honorable Joan B. Gottschall:Motion for default judgment [9] is withdrawn by request of movant via telephone. No appearance required 9/4/08. Telephoned notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.